1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA 94612
   Telephone: 510-832-5001
4  Facsimile:  510-823-4787

5  JULIE A. OSTIL, Esq. (SBN 215202)
   LAW OFFICES OF JULIE OSTIL
6  1989 Santa Rita Road, No. A-405
   Pleasanton, CA 94566
7  Telephone: 925-265-8257
   Facsimile:  925-999-9465
8  Attorneys for Plaintiff MICHAEL PAULICK

9  MARTIN H ORLICK, Esq. (SBN 83908) mho@jmbm.com
   MATTHEW S. KENEFICK, Esq. (SBN 227298) msk@jmbm.com
10 JEFFER, MANGELS, BUTLER & MARMARO LLP
   Two Embarcadero Center, 5th Floor
11 San Francisco, CA 94111
   Telephone: 415-398-8080
12 Facsimile: 415-398-5584
   Attorney for BAVARIAN LION VINEYARD DEVELOPMENT,
13 LLC, DESTINATION HOTELS AND RESORTS, LOWE
   ENTERPRISES, RESORT AT SQUAW CREEK, AND HEIDI
14 SCHNEIDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL PAULICK,<br><br>Plaintiff,<br><br>v.<br><br>BAVARIAN LION VINEYARD DEVELOPMENT, LLC; DESTINATION HOTELS AND RESORTS; LOWE ENTERPRISES; RESORT AT SQUAW CREEK; HEIDI SCHNEIDER; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.   C08-04860 ~~EMC~~   CW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS BAVARIAN LION VINEYARD DEVELOPMENT, LLC, DESTINATION HOTELS AND RESORTS, LOWE ENTERPRISES, RESORT AT SQUAW CREEK, AND HEIDI SCHNEIDER TO FILE RESPONSIVE PLEADINGS TO COMPLAINT AND [~~PROPOSED~~] ORDER THEREON**<br><br>**LOCAL RULE 6-1(a)**<br><br>Complaint filed:      October 23, 2008<br>Trial date:               none set |

PRINTED ON
RECYCLED PAPER
814187v1

C08-4860 EMC
STIPULATION FOR DEFENDANT TO FILE
ANSWER AND [PROPOSED] ORDER

1  IT IS HEREBY STIPULATED AND AGREED by and among the undersigned
2  counsel for Plaintiff Michael Paulick ("Plaintiff") and Defendants Bavarian Lion Vineyard
3  Development, LLC, Destination Hotels And Resorts, Lowe Enterprises, Resort At Squaw Creek,
4  and Heidi Schneider ("Defendants") that Defendants, and no others, be allowed an extension of time
5  to file their responsive pleadings to the Complaint for Preliminary and Permanent Injunctive Relief
6  and Damages on file herein (the "Complaint"). As a result of this grant of extension, Defendants'
7  responsive pleading to the Complaint will become due on or before January 11, 2009.
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

PRINTED ON
RECYCLED PAPER

814187v1

- 2 -

C08-4860 EMC
STIPULATION FOR DEFENDANT TO FILE
ANSWER AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: January 6, 2009 | JEFFER, MANGELS BUTLER & MARMARO LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MARTIN H. ORLICK<br>Attorneys for Defendants BAVARIAN LION |
| 5 | | VINEYARD DEVELOPMENT, LLC,<br>DESTINATION HOTELS AND RESORTS, LOWE |
| 6 | | ENTERPRISES, RESORT AT SQUAW CREEK,<br>AND HEIDI SCHNEIDER |
| 7 | | |
| 8 | DATED: January 7, 2009 | LAW OFFICES OF PAUL L. REIN<br>PAUL L. REIN |
| 9 | | CELIA McGUINNESS |
| 10 | | By: _____ |
| 11 | | PAUL L. REIN, ESQ.<br>Attorneys for Plaintiff MICHAEL PAULICK |

### ORDER

Pursuant to the foregoing Stipulation to extend time for Defendants Bavarian Lion Vineyard Development, LLC, Destination Hotels And Resorts, Lowe Enterprises, Resort At Squaw Creek, and Heidi Schneider to file responsive pleadings to Complaint, and [Proposed] Order and good cause appearing therefor, **IT IS SO ORDERED** that Defendants Bavarian Lion Vineyard Development, LLC, Destination Hotels And Resorts, Lowe Enterprises, Resort At Squaw Creek, and Heidi Schneider are granted an extension of time to file their responsive pleadings to the Complaint for Preliminary and Permanent Injunctive Relief and Damages on file herein (the "Complaint"). As a result of this grant of extension, Defendants' responsive pleading to the Complaint will become due on or before January 11, 2009.

DATED: 1/26/09

_____
UNITED STATES DISTRICT COURT JUDGE

PRINTED ON
RECYCLED PAPER

805685v2

- 2 -

C08-4860 EMC
STIPULATION FOR DEFENDANT TO FILE
ANSWER AND [PROPOSED] ORDER