IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>       Plaintiff,<br><br>    v.<br><br>BAVARIAN LION VINEYARD DEVELOPMENT, LLC, et al.,<br><br>       Defendants.<br>_____/ | No. C 08-04860 CW<br><br>ORDER GRANTING MOTION FOR LEAVE TO TO FILE AN AMENDED COMPLAINT<br>(Docket No. 34) |

    The Court GRANTS Plaintiff's motion for leave to file an amended complaint. (Docket No. 34.) The hearing set for Thursday, December 9, 2010, is vacated. Plaintiff shall file his amended complaint forthwith and serve it within thirty days. Defendant may respond, or join in the previously filed motion to dismiss and answer. Defendant may not repeat arguments made in previous motion to dismiss.

    IT IS SO ORDERED.

Dated: 12/7/2010

                                      */s/ Claudia Wilken*
                                      CLAUDIA WILKEN
                                      United States District Judge