PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
MICHAEL PAULICK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK,<br><br>    Plaintiff,<br><br>v.<br><br>BAVARIAN LION VINEYARD DEVELOPMENT, LLC; DESTINATION HOTELS AND RESORTS; LOWE ENTERPRISES; RESORT AT SQUAW CREEK; HEIDI SCHNEIDER; and DOES 1-20, Inclusive,<br><br>    Defendants. | Case No. C08-04860 CW<br><u>Civil Rights</u><br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56, PURSUANT TO LOCAL RULE 7-11** |

Plaintiff's motion for administrative relief from General Order 56 is hereby GRANTED for good cause shown. A case management conference is set for __February 15, 2011__, with a joint case management conference statement due __February 8, 2011__.

**IT IS SO ORDERED**.

Dated: __December 7__, 2010

_____
Honorable CLAUDIA WILKIN
United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR
ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. C08-4860 CW

S:\CASES\S\SQUAW CREEK\PLEADINGS\Relief from GO 56\Proposed Order for Relief from GO 56.PL.wpd