| | |
|---|---|
| 1 | PAUL L. REIN (Bar No. 43053) |
|   | CELIA MCGUINNESS (Bar No. 159420) |
| 2 | LAW OFFICES OF PAUL L. REIN |
|   | 200 Lakeside Drive, Suite A |
| 3 | Oakland, California  94612 |
|   | Telephone:    (510) 832-5001 |
| 4 | Facsimile:     (510) 823-4787 |

JULIE A. OSTIL (Bar No. 215202)
LAW OFFICE OF JULIE OSTIL
1989 Santa Rita Road, No. A-405
Pleasanton, California  94566
Telephone:    (925) 265-8257
Facsimile:     (925) 999-9465

Attorneys for Plaintiff MICHAEL PAULICK

JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK (Bar No. 083908)
MATTHEW S. KENEFICK (Bar No. 227298)
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendants BAVARIAN LION VINEYARD
DEVELOPMENT, LLC, DESTINATION HOTELS AND
RESORTS, LOWE ENTERPRISES, HEIDI SCHNEIDER
and SQUAW CREEK ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| MICHAEL PAULICK,<br><br>  Plaintiff,<br><br>  v.<br><br>BAVARIAN LION VINEYARD DEVELOPMENT, LLC; DESTINATION HOTELS AND RESORTS; LOWE ENTERPRISES; RESORT AT SQUAW CREEK; HEIDI SCHNEIDER; SQUAW CREEK ASSOCIATES, LLC and DOES 1-20, Inclusive,<br><br>  Defendants. | CASE NO.    3:08-cv-04860-CW<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>From:<br>Date: February 15, 2011<br>Time: 2:00 p.m.<br>**Continued to:**<br>Date: February 22, 2011<br>Time: 2:00 p.m.<br>Judge:  Claudia Wilken<br><br>Complaint Filed:    October 23, 2008<br>First Amended<br>Complaint Filed:    December 10, 2010<br>Trial date:              None Set |

PRINTED ON RECYCLED PAPER

1090747v1

3:08-cv-04860-CW
STIPULATION TO CONTINUE CASE
MANAGEMENT CONF.

1  Whereas Defendants' counsel has a scheduling conflict on February 15, 2011 and is
2  therefore unavailable to attend the Case Management Conference presently scheduled for February
3  15, 2011;
4  The Parties to the above entitled action, by and through their attorneys of record stipulate to
5  the continuance of the Case Management Conference to **February 22, 2011 at 2:00 p.m.**
6  So Stipulated:

DATED:  February 14, 2011        LAW OFFICES OF PAUL L. REIN
                                 LAW OFFICES OF JULIE OSTIL


                                 By: /s/ Celia McGuinness (authorized signature)
                                     CELIA McGUINNESS
                                 Attorneys for Plaintiff MICHAEL PAULICK

DATED:  February 14, 2011        JEFFER MANGELS BUTLER & MITCHELL LLP
                                 MARTIN H. ORLICK
                                 MATTHEW S. KENEFICK


                                 By:  /s/ Martin H. Orlick
                                      MARTIN H. ORLICK
                                 Attorneys for Defendants BAVARIAN LION
                                 VINEYARD DEVELOPMENT, LLC,
                                 DESTINATION HOTELS AND RESORTS, LOWE
                                 ENTERPRISES, HEIDI SCHNEIDER and SQUAW
                                 CREEK ASSOCIATES, LLC

                                 **ORDER**

IT IS SO ORDERED:


Date:  **2/22/2011**             _____
                                 CLAUDIA WILKEN
                                 UNITED STATES DISTRICT COURT JUDGE

- 1 -   3:08-cv-04860-CW
        STIPULATION TO CONTINUE CASE
        MANAGEMENT CONF.

1090747v1

PRINTED ON RECYCLED PAPER